sam/peb:USAO 2009R00369

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. WMN-09-0530 |
| | : | (Distribution of Child Pornography, |
| MICHELLE LYNN SMITH, | : | 18 U.S.C. § 2252A) |
| Defendant. | : | |

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges that:

From in or about April 2009 continuing through in or about May 2009, in the District of Maryland and elsewhere, the defendant,

**MICHELLE LYNN SMITH,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did distribute child pornography by using her cellular telephone to send depictions of a minor engaging in sexually explicit conduct.

18 U.S.C. § 2252A(a)(2)

10/2/09
Date

Rod J. Rosenstein
United States Attorney